# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| DEBRA PARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:17-cv-794 |
| | ) |
| KOHL'S DEPARTMENT STORES, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, DEBRA PARR, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: June 13, 2017
By: /s/ Pooja Dosi
Pooja Dosi
SBN: 6312694
Agruss Law Firm, LLC
4809 N. Ravenswood Ave.
Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
pooja@agrusslawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On June 13, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Michael Tuchalski, at michael.tuchalski@kohls.com.

By: /s/ Pooja Dosi
Pooja Dosi